UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **MYRA FONTENOT** | * | **CIVIL ACTION NO. 1:16-cv-01151** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **CITYY OF BUNKIE, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss (styled Stipulation of Dismissal) [Doc. No. 73] is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**, with each party to pay their own record and non-record court costs.

MONROE, LOUISIANA, this 29th day of November, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**